Hon. Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JULIE NELSON, an individual; J.S. (a minor), by and through her parent and guardian Julie Nelson; K.S. (a minor), by and through her parent and guardian Julie Nelson; SYDNEY SLOVE, an individual; and SHARON WILLIAMS, an Individual,<br><br>Defendants. | NO. 2:20-CV-00314-MLP<br><br>**STIPULATION AND ORDER FOR DISBURSAL OF LIFE INSURANCE PROCEEDS CONSISTENT WITH SETTLEMENT AGREEMENT, DISMISSAL, AND PLAINTIFF'S FEES AND COSTS** |

## STIPULATION

Metropolitan Life Insurance Company ("MetLife"), by and through its counsel of record, Julie Nelson, J.S., K.S., and Sydney Slove (collectively, "Nelson Defendants") by and through their counsel of record, and Sharon Williams, by and through her counsel of record, (collectively, the "Parties") hereby stipulate and agree as follows:

1. At the time of his death, Decedent Eric Slove was enrolled in a plan for basic life insurance coverage with MetLife with benefits in the amount of two hundred thirty-one thousand dollars ($231,000).

2. The Nelson Defendants and Sharon Williams presented MetLife with competing claims to the benefits of Mr. Slove's life insurance policy.

STIPULATION AND ORDER-1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-6645
Facsimile: (206) 689-2822

3.	MetLife filed this interpleader action with the Court under Rule 22 to resolve the competing claims to the benefits. No funds have been deposited with the court.

4.	The Nelson Defendants and Sharon Williams engaged in a mediation regarding the disputed life insurance benefits.  At mediation, the Nelson Defendants and Sharon Williams reached a settlement agreement regarding the disbursal of the benefits.  A copy of the Settlement Agreement is attached as Exhibit A.

5.	Interest on the life insurance benefits, as of January 6, 2021, is approximately $32,314.67.

6.	The Parties agree that MetLife shall disburse the benefits consistent with the terms of the Settlement Agreement, including an award to MetLife for its attorney's fees and costs, without further Court involvement.  Specifically, the Parties agree that MetLife shall despot the total amount of the benefits, including the interest, in the Anderson Hunter Trust Account. Anderson Hunter will then provide check(s) for the amounts payable to the Nelson Defendants and Ms. Williams.

7.	The Parties agree that MetLife's attorneys' fees and costs shall be paid/withheld from the benefits in the amount of $5,000.

8.	Following the disbursement of the life insurance proceeds, as described above, the Parties agree that this court shall enter an order discharging MetLife of all liability related to the benefits and the handling of the claims and disbursement of benefits.

9.	Thereafter, the parties agree that this matter should be dismissed with prejudice.

STIPULATION AND ORDER-2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-6645
Facsimile:  (206) 689-2822

Dated: January 7, 2021

| GORDON REES SCULLY MANSUKHANI, LLP | ANDERSON HUNTER LAW FIRM |
|---|---|
| By: */s/ Elizabeth K. Morrison*<br>Elizabeth K. Morrison, WSBA #43042<br>Attorneys for Plaintiff MetLife<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>Phone: (206) 695-6645<br>Fax: (206) 689-2822<br>emorrison@grsm.com | By: */s/ Ian Johnson*<br>Ian Johnson, WSBA # 39724<br>Attorneys for Defendant Sharon Williams<br>72707 Colby Avenue #1001<br>Everett, WA 98201<br>Phone: (425) 252-5161<br>Fax: (425) 258-3345<br>ijohnson@andersonhunterlaw.com |

MORGAN HILL P.C.

By: */s/ Clint L. Morgan*
Clint L. Morgan, WSBA #22181
Attorneys for Defendants Julie Nelson, J.S., K.S., and Sydney Slov
2102 Carriage Dr. SW, Bldg C
Olympia, WA 98502-5700
Phone: (360) 357-5700
Fax: (360) 357-5761
clint@olympialegal.com

## **ORDER**

THIS MATTER, having come before the Court on the parties' Stipulation for Disbursal of Funds consistent with Settlement Agreement; Dismissal; and Plaintiff's Attorneys' Fees and Costs, and the Court being fully advised in the premises, now, therefore, it is ORDERED that:

STIPULATION AND ORDER-3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-6645
Facsimile: (206) 689-2822

1. Within ten (10) court days of the entry of this Order, MetLife shall disburse the benefits at issue consistent with the Parties' stipulation and provide notice to the court and all parties.

2. Upon completion of the disbursal of all funds, MetLife shall be discharged of all liability arising from the handling of the claims to the life insurance benefits at issue and this action shall be dismissed with prejudice.

IT IS SO ORDERED.

ENTERED this 7th day of January 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER-4

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-6645
Facsimile:  (206) 689-2822